# Feehan's Case.

[DECEMBER 20, 1848.]

One who is in prison for non-payment of a fine, is not entitled to be discharged on filing an insolvent bond, under the act of 11th April, 1848, until he has been in actual confinement for three months.

THIS was an application by Daniel Feehan, (who was confined in the Philadelphia county prison, for non-payment of a fine, to which he had been sentenced by the court of quarter sessions,) for a mandamus to the judges of the court of common pleas, and the prothonotary of the said court, commanding them to permit the said Daniel Feehan to file an insolvent bond, under the act of 11th of April, 1848.

The opinion of the court was delivered by

BELL, J.—Under the act of 11th April, 1848, relating to insolvents, an applicant who is in prison, under a sentence to pay a fine, is not entitled to a discharge until he has been in prison for the term mentioned in prior laws, viz.: for the period of three months. The evil to be remedied was a detention pending the petition, after the applicant had been confined three months.

Motion refused.*

* This case was not included in the reports in consequence of the opinion of Mr. Justice Bell having been mislaid. The foregoing is a memorandum of the point decided.